The Brite-House Company, Appellant, v. R. H. Cary,
Appellee.

Gen. No. 45,542. 

Lloyd W. Lehman, for appellant; Lord, Bissell & Kadyk, for appellee; Harold E. Baily, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.